# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STATE FARM FIRE & CASUALTY CO., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GOODMAN MANUFACTURING ) <br> COMPANY, L.P., BEARDSLEY ) <br> MECHANICAL, INC., ) <br> ) <br> Defendants. ) | Civil Action No. 2:22-1268 |

| | |
|---|---|
| STATE FARM FIRE & CASUALTY CO., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANDREW BEARDSLEY, MATTHEW ) <br> BEARDSLEY, ) <br> ) <br> Defendants. ) | Civil Action No. 2:23-2038 |

## ORDER OF COURT

AND NOW, this 7th day of February, 2024, upon consideration of Plaintiff State Farm Fire & Casualty Co.'s Motion for Reconsideration of the Order denying Plaintiff's Motion to Consolidate, (Civ. A. No. 23-2038, Docket No. 17), wherein Plaintiff seeks to consolidate the above-captioned actions at Civil A. No. 23-2038 and indicates that Defendants Goodman Manufacturing Co., Beardsley Mechanical, Inc., Andrew Beardsley, and Matthew Beardsley have no objection

thereto, and further considering the procedural posture of both matters wherein counsel has recently entered an appearance for Defendants Andrew and Matthew Beardsley but they have not yet filed Answers in Civil A. No. 23-2038, while the pleadings in Civ. A. No. 22-1268 have closed, the parties appeared for a case management conference on November 16, 2022 at which time ADR was deferred until the completion of fact discovery and a case management order was issued, with the deadline for fact discovery being later extended to March 5, 2024, and the Court further finding that it is in the interests of judicial economy to decide the common issues of law and fact in a single, consolidated proceeding rather than separate individual lawsuits, *see* Fed. R. Civ. P. 42(a)(2),

IT IS HEREBY ORDERED that State Farm's Motion to Reconsider (Civ. A. No. 23-2038, Docket No. [17]) is GRANTED and Civil Action Nos. 22-1268 and 23-2038 shall be consolidated at Civil Action No. 23-2038 in the U.S. District Court for the Western District of Pennsylvania. At Civil Action No. 23-2038, the consolidated actions shall hereafter be captioned as follows:

STATE FARM FIRE & CASUALTY CO.,

    Plaintiff,

v.

ANDREW BEARDSLEY, MATTHEW BEARDSLEY,

    Defendants,

and

GOODMAN MANUFACTURING COMPANY, L.P., BEARDSLEY MECHANICAL, INC.,

    Consolidated Defendants.

IT IS FURTHER ORDERED that the deadline for fact discovery and the telephone post discovery status conference set for March 5, 2024 in Civil A. No. 22-1268 are continued until further

order of court;

IT IS FURTHER ORDERED that the Clerk of Court shall mark Civil A. No. 22-1268 CLOSED;

IT IS FURTHER ORDERED that that Plaintiff shall file a single, consolidated Complaint at Civil A. No. 23-2038 against Defendants Andrew and Matthew Beardsley and Consolidated Defendants Goodman Manufacturing Company, L.P. and Beardsley Mechanical, Inc., by **February 13, 2024**;

IT IS FURTHER ORDERED that all Defendants and Consolidated Defendants shall file their respective Answers by **February 27, 2024**; and,

FINALLY, IT IS ORDERED that counsel for the parties shall meet and confer and file a Rule 26(f) Report, a proposed case management order, and a Stipulation Selecting ADR Process by **March 5, 2024**.

                                                          *s/Nora Barry Fischer*
                                                          Nora Barry Fischer
                                                          Senior U.S. District Judge

cc/ecf: counsel of record